IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:25-cv-00390 |
| | ) | |
| THE ENTITIES, PARTNERSHIPS, AND | ) | Jury Demand |
| UNINCORPORATED ASSOCIATIONS | ) | |
| LISTED ON SCHEDULE A, | ) | District Judge Aleta A. Trauger |
| | ) | |
|    Defendants. | ) | |

## NOTICE OF APPEARANCE

Richmond S. Hall of the law firm of Johnson Evans & Headrick, P.C. gives notice of joining Michael A. Johnson in representing Defendant Everymarket, Inc. in this cause.

Respectfully submitted,

s/ Richmond S. Hall
Michael A. Johnson (#30210)
Richmond S. Hall (#40578)
JOHNSON EVANS & HEADRICK, P.C.
222 Second Ave. South, Suite 1250
Nashville, TN 37201
(615) 747-7704
mjohnson@je.legal
rhall@je.legal
*Attorneys for Defendant Everymarket, Inc.*

1

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served via CM/ECF upon the following:

Chanelle R. Acheson
Waddey Acheson LLC
1030 16th Ave S
Suite 300
Nashville, TN 37212
chanelle@waddeyacheson.com

William David Bridgers
Waddey Acheson LLC
1030 16th Ave S
Suite 300
Nashville, TN 37212
david@waddeyacheson.com

on this the 29th day of May, 2025.

                                                  s/ Richmond S. Hall