UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GRAND ISLE GAMES, LLC,<br>Plaintiff<br><br>V.<br>THE ENTITIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS LISTED ON SCHEDULE A,<br>Defendant | Case No.: 3:25-cv-00390<br>Judge: Aleta A. Trauger |

## Motion for Extension

The four stores Njkaha(Doe.200), XKOOKI(Doe.201), XSLBTOP(Doe.202), XXYoung (Doe.203) ("Defendant") hereby through their Chinese owner Zhiwu Wei respectfully requests a 21-day extension of time to respond to Plaintiff's complaint or settle out of court. Specific reasons are as follows:

1. Defendant is actively discussing settlement with Plaintiff through email. At the initial stage, both parties have not yet reached an agreement on the terms of the settlement. Defendant needs some time to discuss settlement terms with Plaintiff and execute it if agreed by both parties.

2. The extension will not cause damages to Plaintiff.

3. This is the first Motion for an extension of time filed by Defendant and it has been filed in good faith and is not interposed for purposes of delay.

WHEREFORE, Defendant respectfully requests this Court give a 21-day extension to July 9, 2025, so that Defendant can execute settlement or respond to Plaintiff's claims.

1
Case 3:25-cv-00390   Document 78   Filed 06/18/25   Page 1 of 2 PageID #: 1518

Date: June 18, 2025

Respectfully Submitted,

/S/ *Zhiwu Wei*

Zhiwu Wei

email: avdrbtn@126.com

Phone number: 130-3365-3395

Address: 101, Building 2, No. 16 Lingshan East Road, Tianhe District, Guangzhou, China.