UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| GRAND ISLE GAMES, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE ENTITIES, PARTNERSHIPS, and ) <br> UNINCORPORATED ASSOCIATIONS ) <br> LISTED ON SCHEDULE A, ) <br> ) <br> Defendants. ) | Civil Action No.: 3:25-cv-00390 <br><br> Judge: Aleta A. Trauger |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

NOW COME Defendant No.19 Notionnovel.com, owned and operated by Nanchang Yangfa Technology Co., Ltd., by and through its undersigned counsel and hereby request an extension of time to respond to the Complaint, stating as follows:

1. Plaintiff Grand Isle Games, LLC, filed a Complaint against Defendant on or about April 7, 2025 [Dkt. 1].

2. Defendant just engaged local counsel on June 30, 2025.

3. Local counsel promptly reached out to Plaintiff's counsel the same day to request an extension of time to answer or otherwise respond to the Complaint; Plaintiff's counsel indicated that Plaintiff does not oppose an extension of time to July 18, 2025.

4. Plaintiff's counsel also agreed that Defendant may represent to the Court that Plaintiff's request for default with respect to Defendant should be held in abeyance pending Defendant's response within the extension period.