UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GRAND ISLE GAMES, LLC,<br>    Plaintiff<br><br>V.<br>THE ENTITIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS LISTED ON SCHEDULE A,<br>    Defendant | Case No.: 3:25-cv-00390<br>Judge: Aleta A. Trauger |

## Second Motion for Extension

The four stores Njkaha(Doe.200), XKOOKI(Doe.201), XSLBTOP(Doe.202), XXYoung (Doe.203) ("Defendant") hereby through their Chinese owner Zhiwu Wei respectfully requests a 21-day extension of time to respond to Plaintiff's complaint or settle out of court. Specific reasons are as follows:

1. Defendant is still actively discussing settlement with Plaintiff through email. At this stage, there are still significant differences in the negotiations between the defendant and plaintiff regarding the settlement terms. Defendant needs additional time to discuss settlement terms with Plaintiff and execute it if agreed by both parties.

2. The extension will not cause damages to Plaintiff.

3. This is the second Motion for an extension of time filed by Defendant and it has been filed in good faith and is not interposed for purposes of delay.

WHEREFORE, Defendant respectfully requests this Court give a 21-day extension to July 31, 2025, so that Defendant can execute settlement or respond to Plaintiff's claims.

Date: July 10, 2025

Respectfully Submitted,

/S/ *Zhiwu Wei*

Zhiwu Wei

email: avdrbtn@126.com

Phone number: 130-3365-3395

Address: 101, Building 2, No. 16 Lingshan East Road, Tianhe District, Guangzhou, China.