# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GRAND ISLE GAMES, LLC.<br><br>   Plaintiff<br><br>   vs.<br><br>THE ENTITIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS LISTED ON SCHEDULE A,<br><br>   Defendants. | Case No. 3:25-cv-00390<br><br>Judge: Aleta A. Trauger |

## NOTICE OF WITHDRAWAL OF MOTION

Comes now the defendants, **Defendant No. 20 – Heyisail, Defendant No. 21 – Flownwing, Defendant No. 30 – RR with Giftspockets, Defendant No. 31 – Yoyocats-official, Defendant No. 159 – Inspired Household, Defendant No. 160 – AwishDay, Defendant No. 162 – Dodorado, and Defendant No. 163 – Infinitias,** by and through their counsel of record, hereby provide notice of withdrawal of Defendants' Motion to Dismiss, filed July 21, 2025 [D.E. 130], without prejudice. Defendant intends to refile its motion in due course.

Respectfully submitted,

*s/Cameron L. Hyder*
Cameron L. Hyder, BPR #23705
*On Behalf of Defendants Listed Above*
605 E. Unaka Avenue
Johnson City, TN 37601
Phone: 423-631-0327
hyderlawoffice@gmail.com

Darren Heitner (FLA Bar 85956)*
Heitner Legal, P.L.L.C
215 Hendricks Isle,
Fort Lauderdale, FL 33301
Phone: 954-558-6999
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice has been served via CM/ECF upon on this the 30th day of July 2025.

　　　　　　　　　　　　　　　　　　　　*s/Darren Heitner*