IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GRAND ISLE GAMES, LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:25-cv-00390<br>) Judge Aleta A. Trauger |
| THE ENTITIES, PARTNERSHIPS,<br>AND UNINCORPORATED<br>ASSOCIATIONS LISTED ON<br>SCHEDULE A, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motions to Dismiss (Doc. Nos. 68, 77) filed by Defendant Nos. 196 (Zhu Haicheng, d/b/a Binsol) and 224 (Ping Liu, d/b/a Tlovvvar), respectively, are **GRANTED**, and all claims against them are **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction. The plaintiff's request for jurisdictional discovery is **DENIED**.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge