**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE  DIVISION**

| | |
|---|---|
| GRAND ISLE GAMES, LLC, | ) Case No.: 3:25-cv-00390 |
| Plaintiff, | ) |
| v. | ) Judge:  Aleta Trauger |
| | ) Magistrate Judge: |
| THE ENTITIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS LISTED ON SCHEDULE A, | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT AGAINST DEFAULTING DEFENDANTS

Plaintiff Grand Isle Games, LLC ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 55, respectfully moves this Court for entry of default judgment against certain defaulting defendants identified in the accompanying Exhibit A ("Defaulting Defendants").

An entry of default was made by the Clerk pursuant to Federal Rule of Civil Procedure 55(a). (D.I. 210). Plaintiff now properly requests the court to enter a default judgment against the Defaulting Defendants under Federal Rule of Civil Procedure 55(b). Plaintiff seeks the following relief upon entrance of a default judgment: a permanent injunction against the Defaulting Defendants, statutory damages pursuant to the Lanham Act (15 U.S.C. § 1117) and the Copyright Act (17 U.S.C. § 504), actual damages pursuant to Plaintiff's trade dress infringement claims (15 U.S.C §§ 1125(a) and 1117(a)).

The claims against all defendants who previously appeared in this action have since been resolved, and no defendants presently maintain an active appearance. Accordingly, entry of a

default judgment against the remaining Defaulting Defendants would fully resolve all pending claims and terminate this matter in its entirety.

This Motion is based on the arguments and authorities set forth in Plaintiff's concurrently filed Memorandum of Law in Support of Motion for Default Judgment, Declaration of G. Edward Powell III in Support of Motion for Default Judgment, accompanying exhibits, the entire record in this action, the Proposed Default Judgment Order, and the Proposed Permanent Injunction Order.

WHEREFORE, Plaintiff Grand Isle Games, LLC respectfully requests that this Court grant its Motion and enter the Proposed Default Judgment and the Proposed Permanent Injunction Order against the Defaulting Defendants.

Dated: May 15, 2026

Respectfully submitted,

*/s/ G. Edward Powell III*

Chanelle R. Acheson (BPR No. 30008)
W. David Bridgers (BPR No. 16603)
G. Edward Powell III (CA Bar #324530)
**Waddey Acheson LLC**
1030 16th Ave S, Suite 300
Nashville, TN 37212
615-839-1100
ed@waddeyacheson.com
Counsel for Plaintiff Grand Isle Games, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2026, a true and correct copy of the foregoing PLAINIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFAULTING DEFENDANTS will be served upon the Defendants listed in Schedule A to the Complaint on any party that has appeared via ECF or via the alternative methods of service previously authorized by this Court's Order dated April 22, 2025, including service by electronic mail to the email addresses identified for each Defendant and/or by publication, as set forth in said Order.

*/s/ G. Edward Powell III*
G. Edward Powell III (CA Bar #324530)

3