# EXHIBIT B

# DEFAULTING DEFENDANTS — TRADEMARK COUNTERFEITING

| Def. No. | Defendant Name | Basis for Trademark Counterfeiting |
|---|---|---|
| 33 | Ten Billion | Product; Listing |
| 37 | Ruwanpatanuranga0 | Product; Listing |
| 42 | Lucky Lantern | Product |
| 43 | Lucky Cat Curiosities | Product |
| 44 | Panda's Pick | Product |
| 45 | Sweet Valley Harbor | Product |
| 46 | TK TOY STORE | Product |
| 47 | Pretty&Perfect Parior | Product |
| 53 | Prime Tree007 | Product |
| 54 | Crazy Qin | Product |
| 56 | Animal Kingdom Cool | Product |
| 65 | caochunruidexiaodian | Listing |
| 69 | Lucky Panda Express | Product; Listing |
| 70 | one hundred billion | Product |
| 74 | haylpa 63 | Product; Listing |
| 89 | ThisNerdyHome | Listing |
| 90 | mustapha12 | Listing |
| 99 | arnchamp98 | Product |
| 102 | aristid-16 | Product |
| 104 | jacobleve 9171 | Product; Listing |
| 112 | Pine Forge Glade | Product |
| 114 | Flare Ivy Cobalt Basil | Product; Listing |
| 115 | Kncuisurngdrhdth shop | Product |
| 116 | Miracle DM Toys | Product; Listing |
| 117 | Tesser Department Store | Product; Listing |
| 118 | Dtfair | Product; Listing |
| 119 | Yinshang Department Store | Product; Listing |
| 120 | American Heritage Academy | Listing |
| 121 | tabii.shop | Product; Listing |
| 146 | BNINOSHOPS | Product |
| 153 | Viceda | Product |
| 154 | KOLGEIKJ | Listing |
| 156 | lasuroa | Listing |
| 157 | Gopherwood | Product; Listing |
| 161 | Banlight/Banling | Product |
| 189 | ZHIYUCOME | Product |
| 193 | Fuderu | Product |
| 197 | YOLAIRD | Product |
| 200 | NJKAHA | Product |
| 201 | XKOOKI | Product |
| 202 | XSLBTOP | Product |
| 203 | XXYoung | Product |
| 204 | Bobodang | Product |

1

| Def. No. | Defendant Name | Basis for Trademark Counterfeiting |
|---|---|---|
| 205 | Swiien | Product |
| 206 | Biyunhua | Product |
| 207 | YHJDKIOUS | Product |
| 208 | Yinmgmhj | Product |
| 209 | Auxuper | Product |
| 211 | BAOYA | Product |
| 212 | Cyence | Product |
| 214 | Coiaqel | Product |
| 218 | SHENTHINK | Product |
| 222 | Nyzmy | Product |
| 233 | linhu 6943 | Product |