# EXHIBIT C

# DEFAULTING DEFENDANTS BY COPYRIGHT WORK INFRINGED

| Copyright Work: Qless One Column of Examples (1CE) | |
|---|---|
| **Def. No.** | **Defendant Name** |
| 132 | zhenpengda |
| 146 | BNINOSHOPS |

| Copyright Work: Qless Two Columns of Examples (2CE) | |
|---|---|
| **Def. No.** | **Defendant Name** |
| 136 | ZZYYZ |
| 150 | Vibbang |
| 155 | EGSHUFU |
| 156 | lasuroa |
| 161 | Banlight/Banling |

| Copyright Work: Qless-1056 (56) | |
|---|---|
| **Def. No.** | **Defendant Name** |
| 79 | frankcara-64 |
| 86 | excellent-seller03 |
| 88 | rosefaizal0102 |
| 90 | mustapha12 |
| 91 | cjphyaut |
| 92 | hsully |
| 97 | dinerwish |
| 99 | arnchamp98 |
| 102 | aristid-16 |
| 105 | proygh |
| 107 | udjueny |
| 146 | BNINOSHOPS |
| 161 | Banlight/Banling |

| Copyright Work: Qless-1057 (57) | |
|---|---|
| **Def. No.** | **Defendant Name** |
| 5 | KKETSY |
| 9 | Happy shopping Up |
| 13 | Chosen Son LXH |
| 18 | zhangfujia |
| 65 | caochunruidexiaodian |
| 146 | BNINOSHOPS |
| 161 | Banlight/Banling |

1

| Copyright Work: Dice Game (DG) | |
|---|---|
| **Def. No.** | **Defendant Name** |
| 8 | Happy tee |
| 45 | Sweet Valley Harbor |
| 46 | TK TOY STORE |
| 47 | Pretty&Perfect Parior |
| 51 | ketchumsen |
| 59 | FOTN |
| 65 | caochunruidexiaodian |
| 74 | haylpa_63 |
| 75 | JiaJia Goods |
| 79 | frankcara-64 |
| 83 | mifsud_0 |
| 84 | allseasonsshoppe |
| 86 | excellent-seller03 |
| 88 | rosefaizal0102 |
| 90 | mustapha12 |
| 93 | eperfectdeal |
| 102 | aristid-16 |
| 104 | jacobleve_9171 |
| 136 | ZZYYZ |
| 138 | shaoxingxiangrui |
| 146 | BNINOSHOPS |
| 150 | Vibbang |
| 151 | XUDUOO |
| 152 | CHANCCI |
| 154 | KOLGEIKJ |
| 156 | lasuroa |
| 158 | Quixion |

| Copyright Work: Dice Rules (DR) | |
|---|---|
| **Def. No.** | **Defendant Name** |
| 8 | Happy tee |
| 45 | Sweet Valley Harbor |
| 46 | TK TOY STORE |
| 47 | Pretty&Perfect Parior |
| 51 | ketchumsen |
| 59 | FOTN |
| 65 | caochunruidexiaodian |
| 74 | haylpa_63 |

## Copyright Work: Dice Rules (DR)

| Def. No. | Defendant Name |
|---|---|
| 75 | JiaJia Goods |
| 79 | frankcara-64 |
| 83 | mifsud_0 |
| 84 | allseasonsshoppe |
| 86 | excellent-seller03 |
| 88 | rosefaizal0102 |
| 90 | mustapha12 |
| 93 | eperfectdeal |
| 102 | aristid-16 |
| 104 | jacobleve_9171 |
| 136 | ZZYYZ |
| 138 | shaoxingxiangrui |
| 146 | BNINOSHOPS |
| 150 | Vibbang |
| 151 | XUDUOO |
| 152 | CHANCCI |
| 154 | KOLGEIKJ |
| 156 | lasuroa |
| 158 | Quixion |

## Copyright Work: Dice Tips (DT)

| Def. No. | Defendant Name |
|---|---|
| 8 | Happy tee |
| 45 | Sweet Valley Harbor |
| 47 | Pretty&Perfect Parior |
| 51 | ketchumsen |
| 59 | FOTN |
| 65 | caochunruidexiaodian |
| 74 | haylpa_63 |
| 75 | JiaJia Goods |
| 79 | frankcara-64 |
| 83 | mifsud_0 |
| 84 | allseasonsshoppe |
| 86 | excellent-seller03 |
| 88 | rosefaizal0102 |
| 90 | mustapha12 |
| 93 | eperfectdeal |
| 102 | aristid-16 |
| 104 | jacobleve_9171 |
| 136 | ZZYYZ |
| 138 | shaoxingxiangrui |
| 146 | BNINOSHOPS |

**Copyright Work: Dice Tips (DT)**

| Def. No. | Defendant Name |
|---|---|
| 150 | Vibbang |
| 151 | XUDUOO |
| 152 | CHANCCI |
| 154 | KOLGEIKJ |
| 156 | lasuroa |
| 158 | Quixion |

**Copyright Work: Qless Examples 1 (E1)**

| Def. No. | Defendant Name |
|---|---|
| 8 | Happy tee |
| 11 | New life toy |
| 14 | Good fun studio |
| 15 | Mellow Marvels |
| 50 | ToyJoyful |
| 65 | caochunruidexiaodian |
| 75 | JiaJia Goods |
| 86 | excellent-seller03 |
| 99 | arnchamp98 |
| 102 | aristid-16 |
| 108 | yonsh_40U |
| 138 | shaoxingxiangrui |
| 151 | XUDUOO |
| 152 | CHANCCI |

**Copyright Work: Qless Examples 2 (E2)**

| Def. No. | Defendant Name |
|---|---|
| 5 | KKETSY |
| 50 | ToyJoyful |
| 75 | JiaJia Goods |
| 86 | excellent-seller03 |
| 108 | yonsh_40U |
| 138 | shaoxingxiangrui |
| 146 | BNINOSHOPS |

**Copyright Work: GiveThanks (GT)**

| Def. No. | Defendant Name |
|---|---|
| 37 | Ruwanpatanuranga0 |
| 74 | haylpa_63 |

| Copyright Work: Qless Original Product Image (OP) | |
|---|---|
| Def. No. | Defendant Name |
| 146 | BNINOSHOPS |

| Copyright Work: Play Game (P) | |
|---|---|
| Def. No. | Defendant Name |
| 5 | KKETSY |
| 9 | Happy shopping Up |
| 13 | Chosen Son LXH |
| 18 | zhangfujia |
| 33 | Ten Billion |
| 37 | Ruwanpatanuranga0 |
| 42 | Lucky Lantern |
| 43 | Lucky Cat Curiosities |
| 44 | Panda's Pick |
| 45 | Sweet Valley Harbor |
| 46 | TK TOY STORE |
| 51 | ketchumsen |
| 53 | Prime Tree007 |
| 54 | Crazy Qin |
| 55 | GGOSDHU |
| 56 | Animal Kingdom Cool |
| 57 | Wild Treasure Fusions |
| 58 | CONCHSERVICESLLC |
| 59 | FOTN |
| 61 | xiamenxiangzechengdianzikejiyouxiangongsi a/k/a cangzhougaohongshangmaoyouxiangongsi |
| 65 | caochunruidexiaodian |
| 68 | xiamenxiangzechengdianzi |
| 69 | Lucky Panda Express |
| 70 | one hundred billion |
| 74 | haylpa_63 |
| 75 | JiaJia Goods |
| 79 | frankcara-64 |
| 82 | sarimart |
| 83 | mifsud_0 |
| 84 | allseasonsshoppe |
| 86 | excellent-seller03 |
| 88 | rosefaizal0102 |
| 89 | ThisNerdyHome |
| 90 | mustapha12 |
| 94 | cekaea |
| 95 | eiident |
| 99 | arnchamp98 |

5

| Copyright Work: Play Game (P) | |
|---|---|
| Def. No. | Defendant Name |
| 102 | aristid-16 |
| 104 | jacobleve_9171 |
| 112 | Pine Forge Glade |
| 114 | Flare Ivy Cobalt Basil |
| 115 | Kncuisurngdrhdth shop |
| 116 | Miracle DM Toys |
| 117 | Tesser Department Store |
| 118 | Dtfair |
| 119 | Yinshang Department Store |
| 120 | American Heritage Academy |
| 121 | tabii.shop |
| 136 | ZZYYZ |
| 138 | shaoxingxiangrui |
| 140 | xiamenxiangzechengdianzik |
| 146 | BNINOSHOPS |
| 151 | XUDUOO |
| 152 | CHANCCI |
| 154 | KOLGEIKJ |
| 155 | EGSHUFU |
| 156 | lasuroa |
| 157 | Gopherwood |
| 158 | Quixion |
| 161 | Banlight/Banling |
| 189 | ZHIYUCOME |
| 192 | Yubato |
| 194 | Kevche |
| 197 | YOLAIRD |
| 206 | Biyunhua |
| 216 | indepenlibr |
| 225 | zz |
| 227 | SHFY |

| Copyright Work: Game Rules (R) | |
|---|---|
| Def. No. | Defaulting Defendant Name |
| 8 | Happy tee |
| 11 | New life toy |
| 14 | Good fun studio |
| 15 | Mellow Marvels |
| 45 | Sweet Valley Harbor |
| 47 | Pretty&Perfect Parior |
| 51 | ketchumsen |
| 65 | caochunruidexiaodian |

| | |
|---|---|
| 74 | haylpa_63 |
| 75 | JiaJia Goods |
| 79 | frankcara-64 |
| 83 | mifsud_0 |
| 84 | allseasonsshoppe |
| 86 | excellent-seller03 |
| 88 | rosefaizal0102 |
| 90 | mustapha12 |
| 93 | eperfectdeal |
| 102 | aristid-16 |
| 104 | jacobleve_9171 |
| 108 | yonsh_40U |
| 136 | ZZYYZ |
| 138 | shaoxingxiangrui |
| 146 | BNINOSHOPS |
| 150 | Vibbang |
| 151 | XUDUOO |
| 152 | CHANCCI |
| 154 | KOLGEIKJ |
| 156 | lasuroa |
| 157 | Gopherwood |
| 158 | Quixion |