# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE  DIVISION

| | | |
|---|---|---|
| GRAND ISLE GAMES, LLC, | ) | Case No.: 3:25-cv-00390 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge:  Aleta Trauger |
| v. | ) | |
| | ) | Magistrate Judge: |
| THE ENTITIES, PARTNERSHIPS, AND | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| LISTED ON SCHEDULE A, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF G. EDWARD POWELL III IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

I, G. Edward Powell III, declare as follows:

1.      I am an attorney at law and a partner at Waddey Acheson LLC, counsel for Plaintiff Grand Isle Games, LLC ("Plaintiff") in this action. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I submit this declaration in support of Plaintiff's Motion for Default Judgment.

2.      Plaintiff seeks an award of actual damages against Defendant No. 168, Epslion ("Defendant" or "Epslion") for trade dress infringement.

3.      In connection with this litigation, my firm received transaction records produced by Amazon.com, Inc. ("Amazon"). These records comprised transaction logs for accounts associated with Defendant. A true and accurate copy of the transaction records are attached hereto as **Exhibit 1**.

4.      I have reviewed the transaction logs produced by Amazon. The transaction logs identify the Defendant with the Seller ID A28PAAMHC7YIVM. Based on my review of the transaction logs, the data shows Defendant's gross revenue from 30 total sales of the infringing product was Four Hundred Thirty Dollars and Eighty-Seven Cents ($430.87).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2026, in Nashville, Tennessee.

*/s/ G. Edward Powell III*