# EXHIBIT 1

| External_Seller_ID | ASIN | Net_Ordered_Units | Net_Ordered_GMS_USD | Price per Unit |
|---|---|---|---|---|
| A25ML0P59LNJQ7 | B0DFLQDFWJ | 0 | 0.00 | 0.00 |
| A2QUWMP9XHF6HM | B0DDGBMVV4 | 0 | 0.00 | 0.00 |
| A26BYIJHPZYRKQ | B0DGFFF41P | 0 | 0.00 | 0.00 |
| A2QUWMP9XHF6HM | B0DCC8KSG4 | 0 | 0.00 | 0.00 |
| A2C3HFYNVYJRZN | B0DHCL831F | 1055 | 14001.68 | 13.27 |
| A2QUWMP9XHF6HM | B0DH3SN3NP | 343 | 3060.17 | 8.92 |
| A28PAAMHC7YIVM | B0DDKRXCN3 | 30 | 430.87 | 14.36 |
| A1DVUZAN6PHIA3 | B0DC6KD2C5 | 297 | 3305.81 | 11.13 |