# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE  DIVISION

|  |  |
|---|---|
| GRAND ISLE GAMES, LLC, | ) Case No.: 3:25-cv-00390 |
|  | ) |
| Plaintiff, | ) |
|  | ) Judge: Aleta Trauger |
| v. | ) |
|  | ) Magistrate Judge: |
| THE ENTITIES, PARTNERSHIPS, AND | ) |
| UNINCORPORATED ASSOCIATIONS | ) |
| LISTED ON SCHEDULE A, | ) |
|  | ) |
| Defendants. | ) |

## PERMANENT INJUNCTION

This matter came before the Court on Plaintiff Grand Isle Games, LLC ("Plaintiff")'s Motion for Default Judgment (D.E. 215) against the Defaulting Defendants identified on Exhibit A, attached hereto.

Having considered Plaintiff's Motion, the supporting Memorandum of Law, the Declaration of G. Edward Powell III in Support of Motion for Default Judgment, accompanying exhibits, the entire record in this action, the Court makes the following order and enters the following judgment:

The Defaulting Defendants and their respective officers, agents, servants, employees, attorneys, and all persons in active concert and participation with them are hereby **PERMENANTELY ENJOINED** from:

1. Manufacturing, importing, advertising, promoting, distributing, offering for sale, or selling any products bearing the Q-Less® Mark (U.S. Reg. No. 6,038,633), or any confusingly similar variations thereof;

2. Using Plaintiff's Trade Dress (including the cylindrical tin shape, beige or silver color, and arrangement of slogans "THE CROSSWORD SOLITARIRE GAME," "TWELVE DICE," "SERIOUS FUN") or any confusingly similar trade dress in connection with the sale or offering for sale of any unauthorized products;

3. Copying, reproducing, distributing, displaying, or making derivative works of Plaintiff's Copyrighted Works (including those identified in the Powell TRO Decl., Exs. 3-12 (D.I. 14.3-14.12)) in connection with the advertising, promotion, offering for sale, or sale of any unauthorized products;

4. Using any false designation of origin or false description that is likely to cause confusion regarding the affiliation, connection, or association of Defendants' products with Plaintiff;

5. Assisting, aiding, or abetting any other person or entity in engaging in or performing any of the activities referred to above.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE