**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE  DIVISION**

|  |  |
|---|---|
| GRAND ISLE GAMES, LLC, | ) Case No.: 3:25-cv-00390 |
| Plaintiff, | ) |
| v. | ) Judge: Aleta Trauger |
| | ) Magistrate Judge: |
| THE ENTITIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS LISTED ON SCHEDULE A, | ) |
| Defendants. | ) |

### DEFAULT JUDGMENT

This matter came before the Court on Plaintiff Grand Isle Games, LLC ("Plaintiff")'s Motion for Default Judgment (D.E. 215) against the Defaulting Defendants identified on Exhibit A.

The Court having considered Plaintiff's Motion, the supporting Memorandum of Law, the Declaration of G. Edward Powell III in Support of Motion for Default Judgment, accompanying exhibits, and the entire record in this action:

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is GRANTED, and judgment is entered in favor of Plaintiff Grand Isle Games, LLC.

IT IS FURTHER ORDERED:

1. Pursuant to 15 U.S.C. § 1117(c), Plaintiff is awarded statutory damages in the amount of One Hundred Thousand Dollars and Zero Cents ($100,000) against the Defendants listed in Exhibit B, attached hereto, who used a counterfeit of Plaintiff's Mark ("Trademark Counterfeiting Defendants"), each jointly and severally liable for the full amount.

2. Pursuant to U.S.C. § 504(c)(1), Plaintiff is awarded statutory damages of Twenty Thousand Dollars and Zero Cents ($20,000) per copyrighted work against the Defendants that infringed that particular work, as identified in Exhibit C, attached hereto ("Copyright Defendants") for a total award of Two Hundred Forty Thousand Dollars and Zero Cents ($240,000), with each Copyright Defendant jointly and severally liable for the full amount.

3. Pursuant to 15 U.S.C. § 1117(a), Plaintiff is awarded actual damages in the amount of Four Hundred Thirty Dollars and Eighty-Seven Cents ($430.87) against the Defendant No. 168, Epslion, for trade dress infringement, as identified in the Declaration of G. Edward Powell III in Support of Default Judgment.

This Order constitutes the judgment under Rule 58, Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE